IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHELDON HANNIBAL | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 13-cv-619 |
| | : | |
| ROBERT GILMORE, et al. | : | |

**ORDER**

This 6th day of October, 2021, following careful and independent consideration of the petition filed pursuant to 28 U.S.C.§ 2254 by Sheldon Hannibal, Petitioner, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and the objections raised by Petitioner's counsel, it is hereby **ORDERED** that:

1) The Report and Recommendation is **APPROVED** and **ADOPTED**;
2) The petition for habeas corpus filed pursuant to 28 U.S.C.§ 2254 is **DENIED**;
3) A certificate of appealability is issued pursuant to 28 U.S.C. §2253 as to two issues raised by Petitioner where he made a substantial showing of the denial of a constitutional right, and reasonable minds could differ about how to resolve the claims. *See* 28 U.S.C. §2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). These include:
   1. Whether there is a reasonable probability that evidence suppressed in violation of *Brady v. Maryland*, 363 U.S. 83 (1963) would have materially impeached the credibility of the main witness, and;
   2. Whether the trial was fundamentally unfair such that Petitioner was denied his right to due process, when the Commonwealth was permitted to introduce evidence of the murder of Tanesha Robinson, a witness against Petitioner, allegedly at Petitioner's behest.

/s/ Gerald Austin McHugh
United States District Judge